AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Connelly, Rebecca B. | US Bankruptcy Court for the Western District of Virginia | 05/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

116 North Main Street
Harrisonburg VA 22802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Washington and Lee University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Washington and Lee Univerity School of Law salary | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Washington and Lee University Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VA CLE | 9/2017 | Charlottesville | speaking at CLE conference | hotel and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Botetourt savings account | A | Interest | | | Closed | 03/31/17 | J | | |
| 2. Cornerstone Bank bank accounts (various accounts) | A | Interest | K | T | | | | | |
| 3. Cornerstone Bank stock | A | Interest | K | T | | | | | |
| 4. SunTrust Bank (various accounts) | A | Interest | K | T | | | | | |
| 5. Ameriprise Money Market Acct | E | Interest | | | Closed | 08/01/17 | J | | |
| 6. AIM Invesco Equity & Inc Fund ACETX | A | Dividend | K | T | | | | | |
| 7. Ameriprise Columbia AMT Free Muni Bond Fund SETMX (X) | A | Dividend | | | Sold | 08/10/17 | K | D | |
| 8. Ameriprise Brokerage #1 (X) - Columbia Strategic Mun Income INTAX | C | Dividend | | | Sold | 12/11/17 | L | B | |
| 9. Ameriprise Brokerage #1 (X) - Columbia Large Cap Growth LEGAX | A | Dividend | K | T | Sold (part) | 08/10/17 | K | C | |
| 10. Ameriprise Brokerage #2 (X) - Columbia Dividend Oppty INUTX | B | Dividend | | | Sold | 08/10/17 | K | B | |
| 11. Ameriprise Brokerage #2 (X) - Columbia Diversified Equity Income INDZX | A | Dividend | | | Sold | 12/31/17 | K | C | |
| 12. Ameriprise Brokerage #2 (X) - Columbia Disciplined Core AQEAX | A | Dividend | | | Sold | 08/10/17 | J | B | |
| 13. Ameriprise Brokerage #2 (X) - Columbia Global Equity Value IEVAX | A | Dividend | | | Sold | 06/09/17 | K | A | |
| 14. Ameriprise Columbia Pacific Mutual Fund USPAX | A | Dividend | | | Sold | 08/10/17 | J | B | |
| 15. Ameriprise Columbia Acorn Thermostat CLA COTZX | A | Dividend | | | Sold | 08/10/17 | K | A | |
| 16. Ameriprise Columbia Intermediate Municipal Bond CL A INTAX | A | Dividend | | | Sold | 12/31/17 | L | B | |
| 17. Fidelity Advisor Emerging Markets CL A FIMKX | A | Dividend | K | T | Sold (part) | 08/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Ameriprise Gabelli Asset Mutual Fund | A | Dividend | | | Sold | 12/11/17 | J | A | |
| 19.   Amerprise Goldman Sachs Rising Dividend Growth CL A | A | Dividend | | | Sold | 08/10/17 | K | A | |
| 20.   Ameriprise Legg Mason BW Global Opportunities Bond CL A | A | Dividend | | | Sold | 08/10/17 | K | A | |
| 21.   Ameriprise Metropolitan West Total Bond CL M | A | Dividend | | | Sold | 08/10/17 | K | A | |
| 22.   SDGIX Dreyfus/Standish Global Fixed Inc Fund I | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 23.   FXN First Trust Energy Alpha DEX Fund | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 24.   FXN First trust Energy Alpha DEX Fund | A | Dividend | | | Sold (part) | 12/11/17 | J | A | |
| 25.   FDT First Trust Developed Markts ex-US Alpha DEX fund | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 26.   FYT First Trust Small Cap Value Alpha DEX Fund | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 27.   EMLP First Trust North Amer Energy Infrastructure Fund | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 28.   EMPL First Trust North Amer Energy Infrastructure Fund | A | Dividend | K | T | Sold (part) | 12/11/17 | J | A | |
| 29.   SCZ iShares MSCI EAFE small cap ETF | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 30.   HLGFX JPMorgan Limited Duration Bond Fund Class I | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 31.   VNQ Vanguard REIT Index Fund | A | Dividend | K | T | Buy | 08/15/17 | K | | |
| 32.   HIMFX American High Inc Mun Bond Fund Cls F-3 | | None | J | T | Buy | 12/14/17 | J | | |
| 33.   MANLX BlackRock Nat Mun Fund Inst Shares | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 34.   FDT First Trust Dev Markets ex-US Alpha DEX fund | A | Dividend | J | T | Buy | 12/14/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JKI iShares Morningstar Mid Value Idx ETF | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 36. RPSIX T Rowe Price Spectrum Income Fund | A | Int./Div. | J | T | Buy (add'l) | 12/14/17 | J | | |
| 37. VUG Vanguard Growth Fund ETF | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 38. TRP Mid Cap Growth fund | D | Dividend | L | T | | | | | |
| 39. TRP Spectrum Income fund | A | Dividend | K | T | | | | | |
| 40. Vanguard Wellesley Inc Fund mutual fund | A | Dividend | K | T | | | | | |
| 41. JPMorgan Income Builder UGTMA | A | Dividend | J | T | | | | | |
| 42. Prudential Jennison Equity Income UGTMA | A | Dividend | J | T | | | | | |
| 43. Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |
| 44. Alger Spectra ASPZX | C | Int./Div. | L | T | | | | | |
| 45. Eaton Vance Floating CL 1 CUSIP EIBLX | A | Int./Div. | L | T | Buy | 03/17/17 | L | | |
| 46. Fidelity Advisor Real Estate CL Z CUSIP FRIRX | A | Dividend | J | T | | | | | |
| 47. Lord Abbett Floating Rate CL F CUSIP LFRFX | A | Dividend | L | T | Buy | 03/17/17 | L | | |
| 48. MFS International Value CL I CUSIP MINIX | A | Dividend | K | T | | | | | |
| 49. Mainstay High Yield Corp Bond CL B CUSIP MKHCX | A | Dividend | J | T | | | | | |
| 50. Oppenheimer Global Opportunities Cl C OGIYX | A | Dividend | L | T | | | | | |
| 51. Principal Preferred Securities CL P CUSIP PPSIX | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prudential Global Real Estate CLZ CUSIP PURZX | A | Dividend | J | T | | | | | |
| 53. Sterling Capital Equity Income CL C CUSIP BEGIX | B | Dividend | J | T | | | | | |
| 54. Touchstone Mid Cap CL Y CUSIP TMCPX | A | Dividend | J | T | | | | | |
| 55. Yacktman Service CL X CUSIP YACKX | A | Dividend | K | T | | | | | |
| 56. Van Kampen Invest Grade Mun Trust CUSIP 92116Y160 | A | Interest | J | T | Buy | 01/13/17 | J | | |
| 57. Royal Bank Canada - 3Z8 (X) -formerly of Montreal Russell Index Note | A | Interest | J | T | | | | | |
| 58. BNP PARIBAS US Note CUSIP 05579TVY9 | A | Interest | K | T | Buy | 04/13/17 | K | | |
| 59. Barclays Bank PLC Note | A | Interest | | | Sold | 01/30/17 | J | A | |
| 60. Barclays Bank PLC Note CUSIP 06744C5E7 | A | Interest | K | T | Buy | 10/31/17 | K | | |
| 61. Royal Bank of Canada Note - KM8 | A | Interest | J | T | | | | | |
| 62. Canadian Imperial Bank Note CUSIP 13605WCJ8 | A | Interest | K | T | Buy | 02/28/17 | K | | |
| 63. Canadian Imperial Bank Note CUSIP 13605WCN9 | A | Int./Div. | | | Buy | 03/28/17 | L | | |
| 64. Canadian Imperial Bank Note CUSIP 13605WCN9 | A | Int./Div. | | | Sold | 09/29/17 | J | | |
| 65. Canadian Imperial Bank of Commerce Note CUSIP 13605WCU3 | A | Interest | | | Buy | 04/27/17 | K | | |
| 66. Canadian Imperial Bank of Commerce Note CUSIP 13605WCU3 | A | Interest | | | Sold | 10/30/17 | J | A | |
| 67. JP Morgan Chase Note CUSIP 48129HCA3 | A | Interest | K | T | Buy | 10/31/17 | K | | |
| 68. Canadian Imperial Bank of Commerce Note CUSPI 13605WGV7 | A | Interest | L | T | Buy | 11/27/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase Note | A | Interest | | | Sold | 04/04/17 | J | A | |
| 70. AT&T Inc CUSIP T (X) | | None | | | Sold | 03/14/17 | K | B | |
| 71. Columbia Banking Systems CUSIP COLB (X) | | None | | | Sold | 03/14/17 | J | | |
| 72. Mc Cormick & Co CUSIP MKC (X) | | None | | | Sold | 03/14/17 | J | A | |
| 73. McDonalds Corp CUSIP MCD (X) | A | Dividend | | | Sold | 03/14/17 | K | A | |
| 74. Pepsico Inc CUSIP PEP (X) | A | Dividend | | | Sold | 03/14/17 | J | A | |
| 75. Pfizer Inc CUSIP PFE (X) | | None | | | Sold | 03/14/17 | J | A | |
| 76. Verizon Communications CUSIP VZ (X) | | None | | | Sold | 03/14/17 | K | | |
| 77. Vodafone Group PLC New CUSIP VOD (X) | | None | | | Sold | 03/14/17 | J | | |
| 78. Franklin CUSIP FRHIX (X) | A | Dividend | | | Sold | 03/14/17 | K | | |
| 79. Goldman Sachs CUSIP GSMIX (X) | A | Dividend | | | Sold | 03/14/17 | K | | |
| 80. John Hancock CUSIP TAMBX (X) | A | Dividend | | | Sold | 03/14/17 | J | | |
| 81. JPMorgan CUSIP JNBAX (X) | | None | | | Sold | 03/14/17 | K | A | |
| 82. Lord Abbett CUSIP LANSX (X) | A | Dividend | | | Sold | 03/14/17 | K | | |
| 83. Oppenheimer CUSIP 683808109 (X) | | None | | | Sold | 03/14/17 | K | A | |
| 84. Putnam CUSIP 746761105 (X) | A | Dividend | | | Sold | 03/14/17 | L | B | |
| 85. American CUSIP AFTEX (X) | A | Dividend | | | Sold | 03/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Government I Bonds | A | Dividend | J | T | | | | | |
| 87. Government I Bond | A | Dividend | J | T | | | | | |
| 88. Gov Series EE Bonds | A | Dividend | J | T | | | | | |
| 89. Govenment Series EE Bonds | A | Dividend | J | T | | | | | |
| 90. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 91. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 92. TIAA Cref Retirement Account | A | Dividend | P1 | T | | | | | |
| 93. Virginia 529 Chesapeake Plan (age based) (no control) | A | Dividend | | | Distributed | 07/25/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Line 6 previously reported as Ameriprise AIM Invesco Equity & Inc Fund. The account has been moved from Ameriprise to MML Investor Services LLC but the holding is the same.

Line 7 previously combined with Ameriprise Columbia Funds Strategic Municipal Income Fund (reported on line 8).

Line 49 Mainstay High Yield Corp Bond Fund Cl B (MKHCX) was incorrectly reported last year with (Y) notation and explanation that it had been sold in 2014. The account was partially sold in 2014. It should have been reported with year end value code of J and method code of T on 2016 report.

Lines 72 - 87 are for assets inherited on 1-13-17

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544